U.S. COURTS

02 JUL 12 PM 2:45

RECEIVED
CAMERON S. BURKE
CLERK                IDAHO

#11976

Barry Marcus, ISB No. 1181
Michael Christian, ISB No. 4311
Dan R. Hardee, ISB No. 4691
**MARCUS, MERRICK, CHRISTIAN & HARDEE, LLP**
Attorneys at Law
737 North 7th Street
Boise, Idaho 83702
Telephone:  (208) 342-3563
Telefax:    (208) 342-2170
   *Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GLENNA WHITAKER, DALYNN KIDWELL, BRET WHITAKER, DARREN WHITAKER, KERRY WHITAKER, SANDRA GARDINER and DELBERT GLAESEMANN,<br><br>Plaintiffs,<br><br>vs.<br><br>CHEVRON PIPE LINE COMPANY, a Delaware corporation,<br><br>Defendant. | Case No. **CIV 02-319-E-BLW**<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL** |

Plaintiffs, by and through their attorneys Marcus, Merrick, Christian & Hardee

LLP, allege as follows:

---

**COMPLAINT AND DEMAND FOR JURY TRIAL - Page 1**

1. Plaintiff Glenna Whitaker is a resident of Burley, Idaho. She is the surviving spouse of Dale Whitaker.

2. Plaintiff Dalynn Kidwell is a resident of the State of Idaho. She is a surviving adult child of Dale Whitaker.

3. Plaintiff Bret Whitaker is a resident of the State of Idaho. He is a surviving adult child of Dale Whitaker.

4. Plaintiff Darren Whitaker is a resident of the State of California. He is a surviving adult child of Dale Whitaker.

5. Plaintiff Kerry Whitaker is a resident of the State of Utah. He is a surviving adult child of Dale Whitaker.

6. Plaintiff Sandra Gardiner is a resident of the State of Idaho. She is a surviving adult child of Dale Whitaker.

7. Plaintiff Delbert Glaesemann is a resident of Burley, Idaho. He was the passenger in the vehicle being driven by Dale Whitaker in the accident described herein.

8. Defendant Chevron Pipe Line Company ("Chevron") is a Delaware corporation with its principal place of business in Houston, Texas.

9. Subject matter jurisdiction exists in this case pursuant to 28 U.S.C., § 1332 in that there is diversity of citizenship between the parties and the amount in controversy exceeds $75,000.00.

10. Venue is proper in this Court in that the events forming the subject matter of the Complaint occurred in the State of Idaho.

11. On or about June 19, 2002, Dale Whitaker, was driving on Highway 30 near Murtaugh, Idaho. Gunter R. Martell, an employee of Chevron, was driving a pickup truck, VIN

No. 1FTSX31S6YED29175, owned by Chevron, in the opposite direction on Highway 30, in the course of his agency or employment by Chevron.

12. Attached to the Chevron truck was a U-Haul trailer.

13. Martell had recklessly and negligently failed to adequately secure the trailer to the pickup truck, in the course of his agency or employment by Chevron.

14. As a direct and proximate result of Martell's reckless and negligent acts, the trailer came unhitched from the pickup driven by Martell, swerved into the lane of oncoming traffic, and collided head-on with Dale Whitaker's truck.

15. Whitaker was severely injured in the accident, and died on Sunday, June 23, 2002 as a result of injuries sustained in the accident.

16. Chevron is responsible for the reckless and negligent acts of its employee and/or agent acting in the scope of his employment and/or agency.

17. As a proximate result of the wrongful death of Dale Whitaker, directly and proximately caused by the reckless and negligent acts of Chevron's employee and agent acting within the scope and course of his employment and agency, Plaintiffs Glenna Whitaker, Dalynn Kidwell, Bret Whitaker, Darren Whitaker, Kerry Whitaker and Sandra Gardiner suffered damages in amounts to be proved at trial, but in excess of the jurisdictional minimum, including emotional distress, loss of society and companionship, and destruction of the marital relationship or parent-child relationship.

18. As a proximate result of the accident, caused by the reckless and negligent acts of Chevron's employee and agent acting within the scope of his employment and agency Plaintiff Delbert Glaesemann suffered severe personal injuries including physical injury, pain and suffering, loss of enjoyment of life, and special damages, in amounts to be proved at trial but in excess of the statutory minimum.

WHEREFORE, Plaintiff prays for relief as follows:

1. Judgment against in favor of Plaintiff Glenna Whitaker against Defendant for damages in an amount to be proved at trial.

2. Judgment against in favor of Plaintiff Dalynn Kidwell against Defendant for damages in an amount to be proved at trial.

3. Judgment against in favor of Plaintiff Bret Whitaker against Defendant for damages in an amount to be proved at trial.

4. Judgment against in favor of Plaintiff Darren Whitaker against Defendant for damages in an amount to be proved at trial.

5. Judgment against in favor of Plaintiff Kerry Whitaker against Defendant for damages in an amount to be proved at trial.

6. Judgment against in favor of Plaintiff Sandra Gardiner against Defendant for damages in an amount to be proved at trial.

7. Judgment in favor of Plaintiff Delbert Glaesemann against Defendant for damages in an amount to be proved at trial.

8. An award of the costs and expenses incurred herein.

9. Such other and further relief as the Court deems just and equitable.

Dated this 12 day of July, 2002.

MARCUS, MERRICK, CHRISTIAN & HARDEE, L.L.P.

By_____
Barry Marcus
Attorneys for Plaintiffs