IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GLENNA WHITAKER; DALYNN KIDWELL; BRET WHITAKER; DARREN WHITAKER; KERRY WHITAKER; SANDRA GARDINER; and DELBERT GLAESEMANN,<br><br>Plaintiffs,<br><br>v.<br><br>CHEVRON PIPELINE COMPANY, a Delaware Corporation,<br><br>Defendant. | Case No. CV-02-319-E-BLW<br><br>**JUDGMENT** |

Pursuant to the Order of Dismissal filed concurrently herewith, IT IS hereby ordered, adjudged and decreed that this action be DISMISSED.

DATED this 5th day of March, 2003.

B. LYNN WINMILL
Chief Judge, United States District Court

```
                    United States District Court
                              for the
                         District of Idaho
                          March 6, 2003
```

\* \* CLERK'S CERTIFICATE OF MAILING \* \*

Re:  4:02-cv-00319

I certify that I caused a copy of the attached document to be mailed or faxed to the following named persons:

```
    Barry L Marcus, Esq.
    MARCUS MERRICK & MONTGOMERY
    737 N 7th St
    Boise, ID  83702

    Michael Christian, Esq.
    MARCUS MERRICK & MONTGOMERY
    737 N 7th St
    Boise, ID  83702

    Steven C Bowman, Esq.    1-208-343-8869
    HOLLAND & HART
    PO Box 2527
    Boise, ID  83701

    Joe M Teig, Esq.
    HOLLAND & HART
    PO Box 68
    Jackson, WY  83001

    Katherine Anne Ellsworth, Esq.  1-307-739-9744
    HOLLAND & HART
    PO Box 68
    Jackson, WY  83001


         ✓  Chief Judge B. Lynn Winmill
         ___ Judge Edward J. Lodge
         ✓  Chief Magistrate Judge Larry M. Boyle
         ___ Magistrate Judge Mikel H. Williams

         Visiting Judges:
         ___ Judge David O. Carter
         ___ Judge John C. Coughenour
         ___ Judge Thomas S. Zilly
```

Cameron S. Burke, Clerk

Date: 3-6-03      BY: /WM/
                      (Deputy Clerk)